UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20995-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT JOHNSON, et al.

    Defendants.

## O R D E R

THIS CAUSE is before the Court on the Federal Public Defender's Notice/Motion of Potential Conflict of Interest (DE 42) deemed a Motion to Withdraw as to defendant **Robert Johnson**. A hearing was held on April 9, 2008, and the undersigned determined there was a conflict of interest. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause. Substitute CJA counsel will be appointed by separate order.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of April, 2006.

                LURANA S. SNOW
                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jeff Tsai (MIA)
AUSA Michael Gilfarb (MIA)
AFPD Bob Berube (FTL)
Frank Rubio, Esq.
Debbie Donovan, Courtroom Deputy (FTL)